corner to plaintiff. (*Bakerman* v. *City of New York*, 186 App. Div. 907.) The 31st, 33d, 34th, 37th, 38th, 40th, 41st, 42d, 43d and 45th findings of fact, and all of the conclusions of law are reversed as contrary to the evidence. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MURRAY GROSSMAN, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH BIRDSELL, Appellant, v. ALBERT W. HENDRICKSON, Justice of the Peace, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

CHARLOTTE JOSEPHINE RENNIE and MARY MARGARET RENNIE, Appellants, v. THE STATE BANK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

ROBERT A. WARDROP, Respondent, v. SANTI MOVING AND EXPRESS COMPANY, Appellant.— Judgment and order reversed, and complaint unanimously dismissed, with costs, on the ground that plaintiff was guilty of contributory negligence as a matter of law. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

PHILLIPS ABBOTT, Respondent, v. EARNEST E. SMITH, Appellant, Impleaded with M. DOUGLAS FLATTERY, Defendant.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

GUILIA CORDISCO, Respondent, v. THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, Appellant.— Motion granted on condition that the cause be placed upon the December calendar, and that appellant be ready for argument when reached; otherwise, motion denied. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

CORA TRAVIS, Respondent, v. NORTON C. TRAVIS, Appellant.— Motions denied, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

THOMAS J. ACKERMAN, Appellant, v. ELEAZER CEDAR, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Putnam and Kelly, JJ., concur; Mills and Rich, JJ., dissent.

THE BURGESS BROS. COMPANY, INC., Respondent, v. FREDERICK STEWART and Others, Appellants.— Without passing upon the merits of the controversy and following the usual policy of this court on appeals from orders granting injunctions *pendente lite*, we think that the issues presented by the pleadings should be heard and determined at a trial, and that we should not attempt to decide them upon affidavits. It appears that the case has been reached upon the calendar, and trial may be had immediately. It is only where, accepting plaintiff's version of the facts so far as there is dispute respecting the same, it seems clear that he is not entitled to the relief sought,